# IN THE SUPREME COURT OF TENNESSEE
## AT NASHVILLE

| | | |
|---|---|---|
| CITY OF SOUTH FULTON, TENNESSEE<br>CITY OF BRADFORD, TENNESSEE; and<br>WEAKLEY COUNTY, TENNESSEE, for<br>the use and benefit of Weakley County<br>Municipal Electric System, | ) | NOT FOR PUBLICATION |
| | ) | |
| Plaintiff - Respondent, | ) | Certified Question of Law |
| | ) | from the United States |
| | ) | Court of Appeals for the |
| v. | ) | Sixth Circuit. (No. 96-6201) |
| | ) | |
| HICKMAN-FULTON COUNTIES RURAL<br>ELECTRIC COOPERATIVE CORPORATION;<br>WALLY BEYER, Administrator, Rural<br>Electrification Administration, U.S. Department<br>of Agriculture; CHARLES B. GILL, Governor,<br>National Rural Utilities Cooperative Finance<br>Corporation; NATIONAL BANK FOR<br>COOPERATIVES, | ) | No. 01-S-01-9710-FD-00215 |
| | ) | |
| Defendants, (Trial Only) | ) | |
| | ) | |
| GIBSON ELECTRIC MEMBERSHIP<br>CORPORATION, | ) | |
| | ) | |
| Defendant - Petitioner. | ) | |

**FILED**

**October 12, 1998**

**Cecil W. Crowson
Appellate Court Clerk**

### ORDER ON PETITION TO REHEAR

A petition for rehearing has been filed on behalf of the petitioner, Gibson Electric Membership Corporation. After consideration of the same, the Court is of the opinion that the petition should be and the same is hereby denied at the cost of the petitioner.

PER CURIAM